ACCEPTED
12-14-00200-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/1/2015 2:34:30 PM
CATHY LUSK
CLERK

# STEVEN R. GREEN

### ATTORNEY AND COUNSELOR AT LAW

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

9/1/2015 2:34:30 PM
PAM ESTES
Clerk

217 North Palestine Street, Ste. B-C, Athens, Texas 75751
Phone: (903) 675-1802 • Fax: (469) 533-1662
Email: stevegreenatty@earthlink.net

August 26, 2015

Mr. James Todd Adams #01937132
Middleton Unit
13055 FM 3522
Abilene, Texas 79601

Re:     James Todd Adams vs. The State of Texas
        No. 12-14-00200-CR

Dear Mr. Adams:

Please find enclosed a copy of the Opinion and the Judgment from the Court of Appeals affirming your Van Zandt County conviction in the above referenced case. You can continue your appeal by filing a Petition for Discretionary Review (PDR) pursuant to Rule 68 of the Texas Rules of Appellate Procedure to the Court of Criminal Appeals no later than September 11, 2015 in the Court of Appeals in Tyler, Texas.

I will be discussing with your father about further pursuing your appeal in this matter by filing a PDR to the Court of Criminal Appeals. I you wish for me to file a PDR on your behalf please let us know.

Thank you.

Sincerely,

Steven R. Green

SRG/mot

Enclosures



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

ABILENE, TX 79601

**Certified Mail Fee**

$       $3.45

0751
04

**Extra Services & Fees** *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)   $ _____   $2.80
☐ Return Receipt (electronic)   $ _____   $0.00
☐ Certified Mail Restricted Delivery   $ _____   $0.00
☐ Adult Signature Required   $ _____   $0.00
☐ Adult Signature Restricted Delivery   $ _____   $0.00

**Postage**       $0.00

$     $0.71

**Total Postage and Fees**

$

Postmark
Here

ATHENS, TX
AUG
31
2015
USPS

**Sent To**   James Todd Adams   #01937132

**Street and Apt. No., or PO Box No.**   13055 FM 3522

**City, State, ZIP+4**   Abilene, TX 79601

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions